I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10·31·13

DEPUTY CLERK

**JS-6 / ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JULIO PEREZ,                          ) Case No. CV 12-9376-GAF (JPR)
                                      )
                Petitioner,           )
                                      )        **J U D G M E N T**
        vs.                           )
                                      )
M.D. BITER, Warden,                   )
                                      )
                Respondent.           )
                                      )
_____)

Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: October 30, 2013

                    _____
                    GARY A. FEESS
                    U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY